COMPLETE DOCUMENT ON FILE IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| Maximino Macias Jr. | :: | Case No. 3:02CV7624 |
| Plaintiff(s); | : | Status Report |
| Vs. | : | 3:02CV7624 |
| State of Ohio | : | |
| Defendant(s). | : | |

FILED 04 SEP 23 AM 10:36
NORTHERN DISTRICT COURT TOLEDO OF OHIO

---

### STATUS REPORT

---

Now comes the Plaintiff, Mr. Maximino Macias Jr. in pro se. respectfully submitting his Status Report on his Writ of Habeas Corpus.

Please see the memorandum in support that is attahed.

This Status Report is respectfully submitted.

*Maximino Macias*

Mr. Maximino Macias Jr.
524½ South St.
Toledo, Ohio 43608
Plaintiff in pro se.

(1).

# TABLE OF CONTENTS

|   |   |
|---|---|
|   | Page |
| Cover Sheet | 1. |
| Table of Contents | 2. |
| Table of Authorities | 3. |
| Memorandum in support | 4. |
| Certificate of service | 4. |

Appendix

Motion for appointment of counsel time stamped 9-16-04

Petion to vacate or set aside sentence time stamped 9-16-04

# TABLE OF AUTHORITIES

O.R.C. § 2937.03

Appointment of counsel

O.R.C. § 2953.21

Petition to vacate or set aside sentence

## MEMORANDUM IN SUPPORT

Now comes Mr. Maximino Macias Jr. in pro se, and at this time is submitting his status report. Mr. Macias Jr. filed a petition to set aside the sentence on 9-16-04 along with a motion for appointment of counsel.

As the Honorable courts can see, Mr. Macias Jr. has been denied discovery that can and will prove that he is innocent. But Judge McQuade has just not allowed a hearing on any of the motions that Mr. Macias Jr. has filed.

At this time I hope that this Honorable Court will just talk to this Judge and will hold my writ of Habes Corpus in Abeyance untill this Judge gives me a fair hearing. This motion is respectfully submitted.

*Maximino Macias Jr.*
Maximino Macias Jr.

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of this foregoing motion was sent to the clerk of courts of the United States District Court by regular U.S. Mail at 114 U.S. Courthouse, Toledo, Ohio 43624, on this 23 day of Sept., 2004.

Pursuant to Title 28 USC§1746

*Maximino Macias Jr.*
Maximino Macias Jr.

(4).