# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| William D. Taylor, | ) | Case No.: 3:00CV7464 |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | **JOINT MOTION FOR EXTENSION OF TIME** |
| Norfolk Southern Railway Company, | ) | |
| Defendant. | ) | |

Plaintiff William Taylor and Defendant Norfolk Southern Railway Company hereby move the Court to extend the summary judgment motion deadline to February 15, 2001. The parties completed the pertinent discovery depositions on January 25, 2001 but it will take some time for the testimony to be transcribed for use in the briefs. This matter has not yet been scheduled for trial and the brief extension of time requested should not adversely affect the timely completion of litigation. Stipulated to and Approved By:

| | |
|---|---|
| per consent | *s/Thomas J. Antonini* |
| Daniel W. Pisani | Thomas J. Antonini |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED.

s/James G. Carr

United States District Judge