MOTION GRANTED
/s/ David A. Katz 2/2/01
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| **TOM EVERETT,** *et al.*, | Case No. 3:00CV7763 |
| Plaintiffs, | |
| v. | **District Judge David A. Katz** |
| **VERIZON WIRELESS, INC.,** *et al.*, | |
| Defendants. | |

**JOINT MOTION TO EXCUSE PARTIES FROM THE**
**FEBRUARY 26, 2001 CASE MANAGEMENT CONFERENCE**

The parties request that this Court excuse the parties from attending the February 26, 2001 Case Management Conference ("CMC"). There is good cause for the parties' excuse and counsel for the parties will be in attendance.

There is good cause to excuse the parties from attending the CMC. It will impose great burden and expense upon the parties to attend the CMC. The parties are located at various locations, have employment commitments and will lose time and money to attend the CMC. Even attendance by telephone will cost the parties unnecessary time and expense.

Counsel for the parties will be in attendance to advance the objectives of the February 26th CMC. Jurisdictional issues are currently at the forefront of the issues in this litigation. Counsel will be better prepared than the parties to deal with these legal issues.

1