Google, Inc. v. EMSAT Advanced Geo-Location Technology, LLC et al                    Doc. 1

lbg.bjr.ksf

FILED

01 FEB -7 PM 1:38

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JUDGE ECONOMUS**

| | | |
|---|---|---|
| APRIL HASTINGS RAPP, et al. | ) | CASE NO. 4:00CV0897 |
| Plaintiffs | ) ) ) | MAGISTRATE JUDGE GEORGE LIMBERT |
| vs. | ) ) ) | |
| GENERAL MOTORS CORPORATION | ) ) | NOTICE OF FILING DEPOSITIONS |
| Defendant | ) ) ) ) | |

Comes now Defendant, General Motors Corporation, by and through its counsel, and hereby gives notice that it has filed with the Clerk of Courts the deposition of Michael Yacko, the original Affidavit of Harry Fischer, and the omitted exhibits (one (1) through five (5)) to the deposition of William Mistovich on February 6, 2001.

_____
Edward L. Lavelle (0003307)
Lynn B. Griffith III (0003313)
LETSON, GRIFFITH, WOODALL, LAVELLE
    & ROSENBERG CO., L.P.A.
155 South Park Avenue, Suite 250
P. O. Box 151
Warren, OH 44482-0151
Phone (330) 373-1035
Attorneys for Defendant, General
    Motors Corporation

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served upon John L. Wolfe, National City Centre, One Cascade Plaza, Suite 740, Akron, Ohio 44308-1154, by regular U.S. mail on this _5_ day of February, 2001.

```
_____
Edward L. Lavelle
Attorney for Defendant General
    Motors Corporation
```