IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT M. BOYLE | ) | CASE NO. 4:00 CV 01217 |
| Plaintiff, | ) | |
| | ) | ~~JUDGE ECONOMUS~~ |
| v. | ) | |
| | ) | MAGISTRATE JUDGE LIMBERT |
| FORTIS BENEFITS INSURANCE COMPANY, | ) | |
| | ) | MOTION TO ENLARGE |
| Defendant | ) | BRIEFING DEADLINE |

Now comes plaintiff, who moves this Honorable Court for an order enlarging plaintiff's deadline to submit a brief on the issues of standard of review and plaintiff's discovery rights by seven days, making the new briefing deadline February 22, 2001.

For cause, plaintiff says that since approximately Thanksgiving, his counsel has done nothing of a professional nature except prepare and then try a medical malpractice/wrongful death case, known as "Aivazis v. St. Joseph Family Medical Center", Case No. 99CV0892 on the docket of the Honorable Andrew D. Logan, Trumbull County, Ohio. The trial of the Aivazis case commenced on January 16, 2001 and ended on January 29, 2001 when the jury returned a verdict for plaintiffs in the amount of $8,500,000.

Since the above-described jury verdict was returned,

MOTION GRANTED
George J. Limbert
U.S. MAGISTRATE JUDGE
02/20/01

Law Office of Charles L. Richards
159 East Market Street, Warren, Ohio 44481-1122