

FILED
01 APR 13 PM 3:10
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS LOCAL UNION LOCAL NO. 886 | * * * | CASE NO. 3:01CV7091 |
| Plaintiff, | * * | JUDGE JAMES G. CARR |
| -vs- | * * | AFFIDAVIT FOR ENTRY OF DEFAULT |
| HAWK | * * | ALLOTTA AND FARLEY CO., L.P.A.<br>Michael P. Pazzo 0072740 |
| Defendant. | * * * * * * | Joseph J. Allotta 0018339<br>2222 Centennial Road<br>Toledo, Ohio 43617<br>Ph. (419) 535-0075<br>Fax (419) 535-1935<br>Attorneys for Plaintiff |

STATE OF OHIO     )
                  ) SS:
COUNTY OF LUCAS   )

Michael P. Pazzo, being first duly sworn, deposes and says:

1. He is one of the attorneys for Plaintiff in the above-entitled action.

2. The Complaint of Plaintiff in this action was filed against Defendant herein on or about the 2nd day of March 2001 for confirmation of an arbitration award awarding damages to Plaintiff, for Defendant's violation of the subcontracting clause in the collective bargaining agreement of the parties, in an amount equal to $27,397.44, plus interest, Plaintiff's reasonable attorney fees and the costs of this action.

3. Plaintiff served a copy of the Summons and Complaint on Defendant by certified mail to Defendant's place of business on the 7th day of March 2001.

4. The time within which Defendant may plead, answer or otherwise move or defend as to the Complaint has expired; that the records of this Court show Defendant has not pleaded, answered or otherwise moved or defended; and, that the time for Defendant to plead, answer or otherwise move or defend has not been extended.

5. That Affiant has caused careful investigation to be made to ascertain whether Defendant is in the Military Service of the United States, and he is convinced said Defendant is not in the Military Service of the United States.

6. That Defendant is not an infant or incompetent person.

7. That this Affidavit is executed by Affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling Plaintiff herein to obtain an entry of default against Defendant for failure to plead, answer or otherwise move or defend as to Plaintiff's Complaint.

_____
Michael P. Pazzo

Sworn to before me and subscribed in my presence this 13 day of April 2001.

_____
Notary Public - State of Ohio

BARBARA L. ARMACOST
Notary Public - State of Ohio
My Commission Expires 11-7-04