s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Kathleen M. Tucker, | : | Case No. 3:01 CV 7157 |
| Plaintiff, | : | HON. DAVID A. KATZ |
| vs. | : | **MOTION TO ADMIT PRO HAC VICE** |
| ABF Freight System, Inc., et al., | : | |
| Defendants. | : | |
| | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to Local Rule 83.5(h), Defendants ABF Freight System, Inc. and Tom Richmond, through their counsel, Margaret Mattimoe Sturgeon, move the court to permit Attorneys Theodore C. Stamatakos and Michelle K. Mellinger of the Chicago, Illinois firm of Seyfarth Shaw to appear and participate as its counsel in this case.

Mr. Stamatakos is admitted to practice in the State of Illinois, the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern District of Illinois,

the District of Connecticut, the Central District of Illinois and the Eastern District of Wisconsin.  Ms. Mellinger is admitted to practice in the State of Illinois, and the United States District Courts for the Northern and Central Districts of Illinois.

The undersigned, Margaret Mattimoe Sturgeon, shall serve as co-counsel with Mr. Stamatakos and Ms. Mellinger.

A proposed Order granting this motion is submitted herewith.

Respectfully submitted,

EASTMAN & SMITH LTD.

\s Margaret Mattimoe Sturgeon
Margaret Mattimoe Sturgeon (0046527)
E-MAIL:  Psturge@EASTSMITH.COM
Katharine T. Talbott (0067971)
E-MAIL: KTalbot@EASTSMITH.COM
One SeaGate, 24th Floor
P. O. Box 10032
Toledo, OH 43699-0032
Telephone:	(419) 241-6000
Fax:		(419) 247-1777

Attorneys for Defendants

OF COUNSEL:
Theodore C. Stamatakos
Michelle K. Mellinger
SEYFARTH SHAW
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

## **PROOF OF SERVICE**

A copy of the foregoing Motion to Admit Pro Hac Vice has been filed electronically and sent by ordinary U.S. mail this _____ day of April, 2001, to Kathleen W. Striggow, Esq., 520 Madison Avenue, Suite 859, Toledo, OH 43604, attorney for plaintiff.

                                                    s/ Margaret Mattimoe Sturgeon
                                                  Attorney for Defendants