IT IS SO ORDERED.
s/ David A. Katz  4/20/01
U.S. District Judge

FILED
01 APR -9 PM 3: 46
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| MARATHON ASHLAND PETROLEUM LLC, | * | Case No: 3:01CV7082 |
| Plaintiff, | * | JUDGE KATZ |
| vs. | * | **VOLUNTARY DISMISSAL OF DEFENSE LOGISTICS AGENCY AND DEFENSE ENERGY SUPPORT CENTER** |
| | * | |
| DEPARTMENT OF DEFENSE, ET AL., | * | |
| Defendants. | * | Gerald R. Kowalski (0022323)<br>COOPER & WALINSKI<br>900 Adams Street<br>Toledo, Ohio  43624<br>(419)241-1200 (fax)242-5675 |
| | * | |
| | * | |
| | * | J. Keith Burt<br>McKENNA & CUNEO, LLP<br>1900 K. Street, N.W.<br>Washington, D.C.  20006-1108<br>(202)496-7500 (fax)496-7756 |
| | * | |
| | * | *Attorneys for Marathon Ashland Petroleum LLC* |

Now comes the plaintiff, Marathon Ashland Petroleum, LLC, and hereby voluntarily dismisses this complaint against Defense Logistics Agency and Defense Energy Support Center without prejudice.  Plaintiff continues its complaint against Department of Defense and Defense Finance Accounting Service.

COOPER & WALINSKI
A LEGAL PROFESSIONAL
ASSOCIATION
900 ADAMS STREET
P.O. BOX 1568
TOLEDO, OHIO 43603

Respectfully submitted,

**COOPER & WALINSKI**

_____

Gerald R. Kowalski

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on April 5, 2001, to **Holly Taft Sydlow, Esq.,** Office of the United States Attorney, Four SeaGate, Suite 308, Toledo, OH 43604.