MINUTES OF PROCEEDINGS  UNITED STATES DISTRICT COURT
Northern District of Ohio, Eastern Division

| | |
|---|---|
| MAILROOM, INC. et al.<br><br>Plaintiff(s)<br><br>vs.<br><br>WILLIAM MORGAN<br><br>Defendant(s) | DATE: 30 April 2001<br><br>JUDGE LESLEY WELLS<br><br>CASE NO. 1: 00 CV 867<br><br>COURT REPORTER: ---- |

**ATTORNEY(S) FOR PLAINTIFF(S)**       **ATTORNEY(S) FOR DEFENDANT(S)**

Edmund Searby                          Mark Skakun
Timothy Warner


**TYPE OF PROCEEDING:** Telephone conference


**MINUTES**: A telephone conference was held on 30April 2001. The parties informed the Court that they had reached an agreement on a proposed stipulated protective order. The parties indicated that they would file the stipulated protective order for the Court's review by 1 May 2001.


/s/ Maureen Jeffreys
Courtroom Deputy Clerk