IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM ANTALL, | ) | CASE NO. 1:OOCV2214 |
| | ) | Judge Lesley Wells |
| Plaintiff | ) | |
| -vs- | ) | |
| | ) | **MOTION OF DEFENDANTS FOR** |
| CATALYST SALES, INC., et al., | ) | **LEAVE TO FILE DISPOSITIVE** |
| | ) | **MOTION EXCEEDING PAGE** |
| Defendants | ) | **LIMITATIONS** |

Pursuant to Local Rule 7.1(g), Defendants, Catalyst Sales, Inc., Thomas P. Griffin and Michael Scott (collectively "Defendants"), hereby move the Court for an order granting them permission to exceed the page limitation requirements for the filing of brief in support of dispositive motions. Defendants respectfully request an additional five (5) pages to file their dispositive motion, which will enable Defendants to file a Joint Motion and Brief in Support not to exceed 25 pages in length.

Good cause exists for the granting of this motion, because all three Defendants believe that a Joint Brief, as opposed to three separate briefs, would be the most effective means for the Court to consider the issues presented in this case. In order to file a Joint Brief, additional space will be required to address the various claims alleged against the two individual Defendants as well as the corporate Defendant. Moreover, many of the issues involved in this case deal with

{234334:}

corporate law from Pennsylvania, which is distinct from Ohio. Consequently, Defendants respectfully request that the Court grant them permission to exceed the page limitation requirements set forth in Local Rule 7.1(g) and give them permission to file a Joint Brief five (5) extra pages in length.

Respectfully submitted,

/S/ Tyler L. Mathews_____
Tyler L. Mathews (0063759)
McDonald, Hopkins, Burke &
    Haber Co., L.P.A.
2100 Bank One Center
600 Superior Avenue, East
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email Address: tmathews@mhbh.com

*Attorney for Defendants*

CERTIFICATE OF SERVICE

      A copy of the foregoing Motion of Defendants for Leave To File Dispositive Motion Exceeding Page Limitations was served via electronic filing this 12th day of June, 2001 to James C. Cochran, Esq., Cochran, Naso & Porter, 9100 South Hills Boulevard, Suite 300, Cleveland, OH 44147-3518, Attorney for Plaintiff.
.

                                      /S/ Tyler L. Mathews
                                      TYLER L. MATHEWS (0063759)
                                      Counsel for Defendants