IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Schroeder, et al.,                                  Case No. 3:00CV7311

        Plaintiff(s)

        v.                                                      ORDER

Maumee Board of Education,

        Defendant(s)

Status conference was held July 16, 2001. It is hereby

ORDERED THAT:

1. Leave is granted to attorneys for plaintiff to withdraw; file to be provided to plaintiff by August 1, 2001.

.   2. Leave is granted to parties to resume discovery October 1, 2001.

3. Discovery is to be completed by December 31, 2001.

4. Summary judgment motion deadline is January 15, 2002; opposition is due February 15, 2002, reply is due February 28, 2002.

5. Jury trial is set May 14, 2002 at 9:00 a.m.

   A. Not later than one week prior to trial, the parties are to:
      1. Submit their proposed jury instructions.
      2. Mark and exchange exhibits and exchange witness lists.

   B. Motions in limine to be filed not later than two weeks prior to trial; opposing party is either to file its opposition, or seek leave to postpone filing of its opposition, within one week thereafter.

   C. Parties consent to voir dire by United States Magistrate Judge, which is set for May 13, 2002 at 1:30 p.m.

6. Re. settlement conferences.

   A. Initial settlement conference to be held at request of either party.

   B. Final settlement conference to be held on April 25, 2002 at 1:30 p.m. Parties are to appear in person with lead trial counsel.

   C. Not later than two weeks prior to any settlement conference the plaintiff(s) shall have made a reasonable, good faith settlement demand on the defendant(s); not later than one week prior to any settlement conference the defendant(s) shall have made a reasonable, good faith offer to plaintiff(s).

   D. One week prior to any settlement conference parties are to submit ex parte narrative settlement statements to the court. Submission may be by mail, fax (419 259-6427), or e-mail (jcarr@ohnd.uscourts.gov).

So ordered.

s/James G. Carr
James G. Carr
United States District Judge